United States District Court
Southern District of Texas
**ENTERED**

**JUN 1 9 2008**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANGEL A. NUNO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-08-267 |
| | § | |
| MARCY FORMAN, JOHN FERGUSON, | § | |
| DHS Director MICHAEL CHERTOFF, | § | |
| CBP JOSE AGUILAR, and | § | |
| THE UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondents. | § | |

## ORDER & OPINION

BE IT REMEMBERED, that on June __14__, 2008, the Court **GRANTED** Petitioner's Notice of Voluntary Dismissal, Dkt. Nos. 5, 6. Petitioner Angel A. Nuno initiated this action against Respondents Marcy Forman, John Ferguson, Michael Chertoff, Jose Aguilar, and the United States of America on June 13, 2008. Dkt. No. 1. Respondents have not entered an appearance in this case, or filed an answer or motion for summary judgment. Petitioner now dismisses its claims against Respondents pursuant to Rule 41(a)(1)(i). FED. R. CIV. P. 41(a)(1)(i) ("[A]n action may be dismissed by the plaintiff without an order of court . . . by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever occurs first."). Therefore, pursuant to Federal Rule of Civil Procedure 42(a)(1)(i), the Court **GRANTS** Petitioner's Notice of Voluntary Dismissal, Dkt. Nos. 5, 6. The instant action is hereby dismissed without prejudice as to all Respondents. Respondent Marcy Forman's Motion for Lisa Luis to appear pro hac vice, Dkt. No. 4, is **DISMISSED** as moot. The District Clerk is **ORDERED** to close the case.

DONE at Brownsville, Texas, on June __14__, 2008.

_____
Hilda G. Tagle
United States District Judge